1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH(CABN 163973)
    Chief, Criminal Division

4   W.S. WILSON LEUNG (CABN 190939)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-6758

7       FAX: (415) 436-7234

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13
    UNITED STATES OF AMERICA,          )     No. CR 07 00754 PJH
14                                     )
         v.                            )
15                                     )
    CARLOS GARRIDO,                    )     [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER AND
16     a/k/a "Tweety,"                 )     STIPULATION EXCLUDING TIME
                                       )     FROM MAY 14, 2008 TO JUNE 23, 2008
17     Defendant.                      )     FROM SPEEDY TRIAL ACT
                                       )     CALCULATION (18 U.S.C. §
18  _____  )     3161(h)(8)(A) and (B))

19      Defendant Carlos Garrido appeared at a status conference before the Court on May 14,

20  2008, at which trial on Count One of the above-referenced indictment was scheduled for June 23,

21  2008.  With the agreement of the parties, and with the consent of the defendant, the Court enters

22  this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §

23  3161(h)(8)(A) and (B), from May 14, 2008 to June 23, 2008.  The parties agreed, and the Court

24  found and held, as follows:

25  //

26  //

27  //

28  //

    [*United States* v. *Garrido*, CR 07 00754 PJH]
    [Stipulation and Order Excluding Time]

1        1.        The defendant sought and agreed to the exclusion of time under the Speedy Trial

2    Act so that defense counsel would have additional time to prepare for the trial of this matter, as

3    well as to engage in plea discussions with the Government about both counts of the Indictment,

4    taking into account the exercise of due diligence.

5        2.        Given these circumstances, the Court found that the ends of justice served by

6    excluding the period from May 15, 2008 to June 23, 2008 from Speedy Trial Act calculations

7    outweighs the interests of the public and the defendant to a speedy trial by allowing for the

8    defense to prepare effectively as well as to pursue plea discussions with the Government, in

9    accordance with 18 U.S.C. § 3161(h)(8)(A) and (B).

10        3.        Accordingly, with the consent of the defendant, the Court ordered that the period

11    from May 15, 2008 to June 23, 2008 be excluded from Speedy Trial Act calculations, pursuant to

12    18 U.S.C. § 3161(h)(8)(A) and (B).

13

14        IT IS SO STIPULATED.

15

16

17    DATED:        May 15, 2008                          /s/
                                                    W.S. WILSON LEUNG
                                                    Assistant United States Attorney
18

19    DATED:        May 15, 2008                          /s/
                                                    ERIC MATTHEW HAIRSTON, ESQ.
20                                                  Attorney for Defendant Carlos Garrido

21        IT IS SO ORDERED.

22    DATED:        May __16__, 2008

23                                                  HON. PHYLLIS J. HAMILTON
                                                    United States District Judge
24

25

26

27

28



[*United States* v. *Garrido*, CR 07 00754 PJH]
[Stipulation and Order Excluding Time]