1  BARRY J. PORTMAN
   Federal Public Defender
2  ERIC MATTHEW HAIRSTON
   Assistant Federal Public Defender
3  450 Golden Gate Avenue, 19th Floor
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant Garrido

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )   No. CR 07-00754 PJH
                                       )
12           Plaintiff,                )   [PROPOSED] ORDER AND
                                       )   STIPULATION VACATING
13      v.                             )   TRIAL DATE AND PRETRIAL
                                       )   FILING DEADLINES AND
14 CARLOS GARRIDO,                     )   SETTING CHANGE OF PLEA
                                       )   HEARING FOR MAY 28, 2008
15           Defendant.                )
                                       )

18      The undersigned parties stipulate as follows:

19 1.   Trial of Count One of the indictment in the above-referenced matter is currently scheduled
20      to begin on June 23, 2008.
21 2.   The parties have met and conferred and have agreed upon a tentative resolution of both
22      counts set forth in the indictment. However, the parties require a brief period of time to
23      finalize the terms of a plea agreement pursuant to which a plea will be entered.
24 3.   The parties thus jointly request that the June 23, 2008 trial date and all related pretrial
25      filing deadlines be vacated and that this matter be scheduled for a change of plea hearing
26      on May 28, 2008 at 1:30 p.m., or at such other time as the Court's schedule permits.
27      IT IS SO STIPULATED.
28

| | | |
|---|---|---|
| 1 | DATED: May 20, 2008 | /s/ |
| 2 | | W.S. WILSON LEUNG<br>Assistant United States Attorney |
| 4 | DATED: May 20, 2008 | /s/ |
| 5 | | ERIC MATTHEW HAIRSTON<br>Attorney for Defendant |
| 7 | DATED: May 20, 2008 | X [signature]<br>CARLOS GARRIDO |

### INTERPRETER CERTIFICATION

I, _____, hereby certify that I am a certified Spanish interpreter and that I accurately translated this stipulation and proposed order to the defendant, he told me that he understood it, and I believe his/her answer was true and correct.

Dated: _____                           _____
                                                  Interpreter's signature

### [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) vacating the June 23, 2008 trial date and all related pretrial deadlines; and (2) scheduling this matter for change of plea on May 28, 2008.

**IT IS SO ORDERED**

DATED:_____                           _____
                                                 THE HON. PHYLLIS HAMILTON
                                                 United States District Judge

1

DATED: May 20, 2008

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

DATED: May 20, 2008

/s/
ERIC MATTHEW HAIRSTON
Attorney for Defendant

DATED: May 20, 2008

CARLOS GARRIDO

### INTERPRETER CERTIFICATION

I, David Sweet-Cordero, hereby certify that I am a certified Spanish interpreter and that I accurately translated this stipulation and proposed order to the defendant, he told me that he understood it, and I believe his/her answer was true and correct.

Dated: 5/20/08

Interpreter's signature

### [PROPOSED] ORDER

With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) vacating the June 23, 2008 trial date and all related pretrial deadlines; and (2) scheduling this matter for change of plea on May 28, 2008.

### IT IS SO ORDERED

DATED: 5/21/08

THE HON. PHYLLIS HAMILTON
United States District Court

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

1