1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  W.S. WILSON LEUNG (CABN 190939)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-6758
7  FAX: (415) 436-6753
   E-mail: wilson.leung@usdoj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR-07-0754-WHA
                                     )
15      v.                           )
                                     )    STIPULATION, AND [PROPOSED]
16  CARLOS GARRIDO,                  )    ORDER
        a/k/a "Tweety,"               )
17                                   )
        Defendant.                    )
18                                   )
                                     )
19  _____

20      The United States of America, by its attorneys, Melinda Haag, United States Attorney,

21  and W.S. Wilson Leung, Assistant United States Attorney, of counsel, on behalf of the parties,

22  respectfully submits this Stipulation and Proposed Order to request a continuance of the

23  December 13, 2010 sentencing in the above-captioned matter..

24      The parties hereby stipulate to the following:

25      1.   The defendant is awaiting sentencing in the above-captioned mater, in which he

26  pleaded guilty to being an illegal alien in possession of a firearm and to illegal re-entry.

27      2.   The parties are engaged in discussions relating to certain facts relating to

28  sentencing.

United States v. Garrido, CR-07-0754-WHA

3. Accordingly, the parties would respectfully request that the December 14, 2010 sentencing date be vacated and that, instead, a sentencing control date be set for July 2011, as the Court's schedule permits. This continuance would allow the parties to identify and provide to the Court all facts that will be relevant to the defendant's sentencing.

IT IS SO STIPULATED.

DATED: December 13, 2010

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

DATED: December 13, 2010

/s/
JAMES PHILLIP VAUGHNS, ESQ.
Attorney for Defendant Carlos Garrido

IT IS SO ORDERED.

DATED: December 14, 2010

HON. WILLIAM H. ALSUP
United States District Judge